UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.  CV 23-02089-MWF (Ex)**　　　　　　　　**Date:  August 13, 2024**

Title:  G.W.B., et al. v. County of Los Angeles, et al.

Present:　The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**　ORDER TO SHOW CAUSE

　　On May 9, 2024, Plaintiffs' counsel, James Paul Gutierrez, filed an Ex Parte Application to Withdraw as Counsel for Plaintiffs.  (Docket No. 37).  On May 10, 2024, the Court granted the application (the "Prior Order").  (Docket No. 37).  In the Prior Order, the Court (1) stayed the action for 45 days from May 10, 2024; (2) noted that so long as he indicates his intent, Raul Barrios may proceed *pro se*; and (3) stated that Plaintiffs G.W.B., R.T.O., and M.A.B. must be represented by counsel.  (*Id.* at 3).

　　Plaintiffs have not complied with the Prior Order.  Plaintiff Barrios has not indicated his intent to proceed *pro se* and counsel have not appeared for Plaintiffs G.W.B., R.T.O., and M.A.B.

　　Plaintiffs have also failed to adhere to the deadlines in the Scheduling Order.  Plaintiffs were to submit required pretrial documents by July 29, 2024 and August 5, 2024.  (*See* Scheduling Order (Docket No. 30) at 2 (July 29, 2024 was the deadline to file Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine; and August 5, 2024 was the deadline to lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, statement regarding Disputed Instructions and Verdict Forms, and Oppositions to Motions in Limine)).

　　Plaintiffs are individually **ORDERED TO SHOW CAUSE** ("OSC"), in writing, by no later than **SEPTEMBER 3, 2024**, why this action should not be

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 23-02089-MWF (Ex)          **Date:** August 13, 2024

**Title:** G.W.B., et al. v. County of Los Angeles, et al.

---

dismissed for failure to prosecute under Federal Rule 41(b). *See Link v. Wabash R. Co.*, 370 U.S. 626, 633 (1962) ("[A] District Court may dismiss a complaint for failure to prosecute."). Plaintiff Barrios or his counsel may respond to this OSC. However, for Plaintiffs G.W.B., R.T.O., and M.A.B., only their counsel may respond.

    The Final Pretrial Conference on **August 19, 2024**, and Trial Date on **September 10, 2024**, are **VACATED**. Plaintiffs are warned that any Plaintiff who fails to respond to the OSC by **SEPTEMBER 3, 2024**, will be dismissed from this action. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    IT IS SO ORDERED.

    Parties in court without a lawyer are called "*pro se* litigants." These parties often face special challenges in federal court. Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic). *Pro se* litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.