UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| **Case No.** CV 23-2089-MWF(Ex) | **Date:** October 3, 2024 |
| **Title:** *G.W.B., et al. v. County of Los Angeles, et al.* | |

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):** ORDER TO SHOW CAUSE

On April 10, 2024, the Court granted the Ex Parte Application of Plaintiffs' prior counsel, James Paul Gutierrez, Esq., to withdraw. (*See* Order, Docket No. 37). Mr. Gutierrez was ordered to file proof of service of the Order on Plaintiffs. (*See* Proof of Service, Docket No. 38). The Order stayed this action for 45 days to allow the non-attorney guardians for Plaintiffs to retain counsel.

On August 13, 2024, the Court issued an Order directing Plaintiffs to show cause (the "OSC"), by no later than September 3, 2024, why the action should not be dismissed for lack of prosecution. (Docket No. 40). As of October 1, 2024, Plaintiffs have not filed a response or any documents responsive to the OSC. However, it is not clear to the Court that Plaintiffs received notice of the OSC.

The Court now directs chambers staff to mail the Withdrawal Order, the OSC, and this Order, to Plaintiffs at the addresses listed on the Proof of Service:

> Danielle Orcher, guardian ad litem for Plaintiffs G.W.B., R.T.O.
>
> Claudia Ochoa, individually and as guardian ad litem for Plaintiffs M.A.B.
>
> Raul Barrios, individually and as successor-in-interest to Wilson Barrios.

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.  CV 23-2089-MWF(Ex)                                      Date:  October 3, 2024
Title:     *G.W.B., et al. v. County of Los Angeles, et al.*

The Court will extend the stay in this action one final time, to **NOVEMBER 1, 2024**. If Plaintiffs Claudia Ochoa and Raul Barrios have not filed notice of their intent to proceed pro se, and no appearance of counsel on behalf of Plaintiffs G.W.B., R.T.O., and M.A.B., has been filed by that date, this matter will be dismissed without prejudice for lack of prosecution.

IT IS SO ORDERED.

Parties in court without a lawyer are called "*pro se* litigants." These parties often face special challenges in federal court. Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic). *Pro se* litigants must call or submit an on-line application to request services as follows:  on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.